FILED

JUN - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Edwin S. Nakagawa, Esq. (SBN 143873)
   JOSEPH COSTELLA & ASSOCIATES
2  215 Lennon Lane, Suite 200
   Walnut Creek, CA 94598
3  Telephone: (925) 945-4491
4  Facsimile: (925) 945-4454

5
   Jon Nakamura, Esq. (SBN 114186)
6  FEDERAL RESERVE BANK OF SAN FRANCISCO
   101 Market Street
7  Mail Stop 730
   San Francisco, CA 94105
8  Telephone: (415) 974-2752
   Facsimile: (415) 974-2800
9
   Attorneys for Defendant
10 FEDERAL RESERVE BANK OF SAN FRANCISCO

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 | JEANA MORA                              | Case No.: C02-05881 MHP
16 |                          Plaintiff,     | **ORDER OF SUBSTITUTION OF ATTORNEY**
17 | v.                                       |
18 | FEDERAL RESERVE BANK OF
19 | SAN FRANCISCO, DOVER ELEVATOR,
   | THYSSENKRUPP ELEVATOR,
20 |
   |                          Defendants.
21 |

22     NOTICE IS HEREBY GIVEN that Federal Reserve Bank of San Francisco makes the
23 following substitution:
24     1.   Former legal representative: Edwin S. Nakagawa, Esq., State Bar No.143873.
25     2.   New legal representative:    Richard S. Diestel, Esq., State Bar No. 95059,

Bledsoe, Cathcart, Diestel & Pedersen, LLP, 601 California Street, 16th Floor, San Francisco, CA 94108-0352; Telephone No. (415) 981-5411; Facsimile NO. (415) 981-0352.

3.  The party making this substitution is a defendant.

I consent to this substitution.

FEDERAL RESERVE BANK OF
SAN FRANCISCO

Date: May 24, 2005

By: JON NAKAMURA
Title: Asst. General Counsel

I consent to this substitution.

Date: _____

EDWIN S. NAKAGAWA

I accept this substitution.

Date: May 25, '05

RICHARD S. DIESTEL

Case 3:02-cv-05881   Document 29   Filed 05/27/2005   Page 3 of 3

1  Bledsoe, Cathcart, Diestel & Pedersen, LLP, 601 California Street, 16th Floor, San Francisco,
2  CA 94108-0352; Telephone No. (415) 981-5411; Facsimile NO. (415) 981-0352.

3.  The party making this substitution is a defendant.

I consent to this substitution.

                                    FEDERAL RESERVE BANK OF
                                    SAN FRANCISCO

Date: _____              _____
                                    By:
                                    Title:

I consent to this substitution.

Date: May 5, 2005                  _____
                                    EDWIN S. NAKAGAWA

I accept this substitution.

Date: _____              _____
                                    RICHARD S. DIESTEL

IT IS SO ORDERED, subject to all dates/current set.

Date: 6/31/05                      _____
                                    JUDGE MARILYN HALL PATEL

-2-

ORDER OF SUBSTITUTION OF ATTORNEY