FILED
NOV - 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Richard S. Diestel, No. 095059
2  Alison M. Crane, No. 197359
   **BLEDSOE, CATHCART, DIESTEL & PEDERSEN, LLP**
3  601 California Street, 16th Floor
   San Francisco, California 94108-2805
4  Telephone:  (415) 981-5411
5  Facsimile:  (415) 981-0352

6  Attorneys for Defendant
   FEDERAL RESERVE BANK OF SAN FRANCISCO
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | JEANA MORA,                          | No. C02-05881 MHP
13 |         Plaintiff,                   | STIPULATION RE: CONTINUATION
   |                                      | OF DATES RELATED TO EXPERT
14 | v.                                   | WITNESS DISCOVERY AND
   |                                      | [PROPOSED] ORDER
15 | FEDERAL RESERVE BANK OF SAN          |
   | FRANCISCO, DOVER ELEVATOR,           | Complaint Filed: November 15, 2002
16 | THYSSENKRUPP ELEVATOR,               |
17 |         Defendants.                  | Trial Date: February 21, 2006

18

19     WHEREAS, defendant THE FEDERAL RESERVE BANK OF SAN

20 FRANCISCO ("FEDERAL RESERVE BANK") has noticed a psychiatric IME of

21 plaintiff JEANNA MORA ("MORA") for November 10, 2005 with Bernard Rappaport,

22 M.D.;

23     WHEREAS, the Court has set the date for expert disclosure and production of

24 expert reports for November 15, 2005;

25     WHEREAS, the parties have agreed to mediate this case on December 12, 2005;

26     WHEREAS, MORA is currently residing in the Chicago area and will be returning

27 to the Bay Area for the mediation on December 12, 2005;

28

STIPULATION RE: CONTINUANCE OF DATES RELATED TO EXPERT WITNESS DISCOVERY & [PROPOSED] ORDER

1  WHEREAS, MORA has requested, and defendants are agreeable, to continuing
2  the date for the IME with Dr. Rappaport until a date during the week of the mediation;

3  WHEREAS, this agreement is contingent on this Court granting an extension of
4  time for the FEDERAL RESERVE BANK to disclose Dr. Rappaport his report as well the
5  identity and reports of our vocational rehabilitation consultant and economist as their
6  opinions require input from Dr. Rappaport;

7  WHEREAS, the parties do not believe this extension will affect the February 21,
8  2005 trial date.

9  IT IS HEREBY STIPULATED AND AGREED to by the parties, plaintiff JEANA
10 MORA, defendants FEDERAL RESERVE BANK OF SAN FRANCISCO and
11 THYSSENKRUPP ELEVATOR, and Intervenor LIBERTY MUTUAL INSURANCE
12 COMPANY by and through their respective counsel of record herein, that the disclosure
13 of three defense experts be continued from November 15, 2005 to December 20, 2005.
14 These experts will be (1) Bernard Rappaport, M.D, psychiatrist; (2) a vocational
15 rehabilitation expert; and (3) an economist.

16 IT IS FURTHER STIPULATED AND AGREED to by the parties that the date for
17 any party proffering a rebuttal expert to these three experts shall be continued from
18 December 15, 2005 to January 3, 2006.

19 IT IS FURTHER STIPULATED AND AGREED to by the parties that they may
20 take expert witness depositions of these later disclosed experts up to and including the
21 date of January 31, 2006.
22

23 IT IS FURTHER STIPULATED AND AGREED that if any experts are disclosed
24 in rebuttal to the three experts identified herein, they may be deposed up to and including
25 February 10, 2006.

26 This stipulation is entered into pursuant to Federal Rules of Civil Procedure, Rules 26
27 & 29.

28 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | DATE: November ___, 2005 | ROBERT S. GOTTESMAN, INC. |
| 2 | | LAW OFFICES OF NEVIN & ABSALOM |
| 3 | | By: _____ |
| 4 | | James S. Gottesman |
| | | Edward J. Nevin |
| 5 | | Attorneys for Plaintiff JEANA MORA |
| 6 | DATED: November 4, 2005 | BLEDSOE, CATHCART, |
| 7 | | DIESTEL & PEDERSEN, LLP |
| 8 | | |
| 9 | | By: _____ |
| | | Richard S. Diestel |
| 10 | | Alison M. Crane |
| | | Attorneys for Defendant FEDERAL |
| 11 | | RESERVE BANK OF SAN |
| | | FRANCISCO |
| 13 | DATED: November ___, 2005 | CLOUD & OLSEN |
| 15 | | By: _____ |
| | | Scott B. Cloud |
| 16 | | Attorneys for Defendant |
| | | THYSSENKRUPP ELEVATOR |
| 18 | DATED: November ___, 2005 | BROWNWOOD, CHAZEN & CANNON |
| 20 | | By: _____ |
| | | Robert Luster |
| 21 | | Attorneys for Intervenor LIBERTY |
| | | MUTUAL INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/9/05

_____
Hon. Marilyn H. Patel
United States District Judge

-3-

STIPULATION RE: CONTINUANCE OF DATES RELATED TO EXPERT WITNESS DISCOVERY & [PROPOSED] ORDER

```
 1  DATE: November 4, 2005              ROBERT S. GOTTESMAN, INC.
 2                                      LAW OFFICES OF NEVIN & ABSALOM
 3                                      By: _____
 4                                          James S. Gottesman
                                            Edward J. Nevin
 5                                      Attorneys for Plaintiff JEANA MORA

 6  DATED: November ___, 2005           BLEDSOE, CATHCART,
 7                                      DIESTEL & PEDERSEN, LLP
 8
 9                                      By: _____
                                            Richard S. Diestel
10                                          Alison M. Crane
                                        Attorneys for Defendant FEDERAL RESERVE
11                                      BANK OF SAN FRANCISCO
12
    DATED: November ___, 2005           CLOUD & OLSEN
13
14
                                        By: _____
15                                          Scott B. Cloud
                                        Attorneys for Defendant THYSSENKRUPP
16                                      ELEVATOR
17
    DATED: November ___, 2005           BROWNWOOD, CHAZEN & CANNON
18
19
                                        By: _____
20                                          Robert Luster
                                        Attorneys for Intervenor LIBERTY MUTUAL
21                                      INSURANCE COMPANY
22
23  PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
    DATED: _____              _____
25                                      Hon. Marilyn H. Patel
                                        United States District Judge
26
27
28
                                     -3-
```

rebuttal expert to these three experts shall be continued from December 15, 2005 to January 3, 2006.

IT IS FURTHER STIPULATED AND AGREED to by the parties that they may take expert witness depositions of these later disclosed experts up to and including the date of January 31, 2006.

IT IS FURTHER STIPULATED AND AGREED that if any experts are disclosed in rebuttal to the three experts identified herein, they may be deposed up to and including February 10, 2006.

This stipulation is entered into pursuant to Federal Rules of Civil Procedure, Rules 26 & 29.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///

///

///

DATE: November ___, 2005        ROBERT S. GOTTESMAN, INC.
                                LAW OFFICES OF NEVIN & ABSALOM

                                By: _____
                                    James S. Gottesman
                                    Edward J. Nevin
                                    Attorneys for Plaintiff JEANA MORA

DATED: November ___, 2005       BLEDSOE, CATHCART,
                                DIESTEL & PEDERSEN, LLP

                                By: _____
                                    Richard S. Diestel
                                    Alison M. Crane
                                    Attorneys for Defendant FEDERAL RESERVE BANK OF SAN
                                    FRANCISCO

DATED: November _4_, 2005       CLOUD & OLSEN

                                By: _____
                                    Scott B. Cloud
                                    Attorneys for Defendant THYSSENKRUPP ELEVATOR

DATED: November ___, 2005       BROWNWOOD, CHAZEN & CANNON